IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ANTONIA WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:15-cv-02227-JPM-tmp |
| v. | ) |
| | ) |
| TRANSPORT SERVICES COMPANY | ) |
| AND KENAN ADVANTAGE GROUP, INC. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW, Kenan Advantage Group, Inc., ("Kenan" or "Defendant"), by and through its counsel, hereby gives notice that Jameson D. King should be removed from the docket sheet as counsel in this matter. Effective September 18, 2015, Mr. King will no longer be affiliated with this firm. Louis P. Britt III, an attorney with FordHarrison LLP shall remain as lead counsel in this matter.

Respectfully submitted,

s/J. Dylan King
Louis P. Britt III (BPR No. 5613)
J. Dylan King (TN No. 028179)
Ford & Harrison LLP
1715 Aaron Brenner Drive, Suite 200
Memphis, Tennessee 38120
lbritt@fordharrison.com
dking@fordharrison.com
Telephone: (901) 291-1500
Facsimile:  (901) 291-1501

Attorneys for Defendants

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Withdrawal of Counsel has been served electronically by the Court's CM/ECF system, this the 18th day of September, 2015, upon:

> Dan M. Norwood (TN Bar No. 5926)
> NORWOOD & ATCHLEY
> 226 South Front Street, Suite 206
> Memphis, Tennessee 38103
> Tel: (901) 528-8300
> Fax: (901) 529-9101

                              _s/J. Dylan King_____

WSACTIVELLP:7945688.1